JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Disney Enterprises, Inc.,**             )<br>            Plaintiff,                              )<br>                                                     )<br>      v.                                             )<br>                                                     )<br>**Paul Duhy, an individual d/b/a**       )<br>**www.tvshowheaven.com, and Bigdu** )<br>**Distributing,**                                )<br>            Defendants.                         )<br>                                                     )<br>                                                     )<br>                                                     )<br>_____ ) | **CASE NO. CV 09-4718-GHK (FMOx)**<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

    Based upon our January 25, 2010 Order Granting Plaintiff Disney Enterprises, Inc.'s ("Plaintiff") Motion for entry of default judgment and permanent injunction against Defendants Paul Duhy and Bigdu Distributing (collectively, "Defendants"),

    IT IS HEREBY **ADJUDGED** THAT:

  1) Plaintiff **SHALL** have judgment against Defendants jointly and severally in the total sum of $687,000.00, with interest on this principal amount according to the statutory rate pursuant to 28 U.S.C. § 1961(a).

2) The principal sum of $687,000.00 consists of: $670,000.00 in statutory damages under 17 U.S.C. § 504(c) of the Copyright Act, and attorneys' fees in the amount of $17,000.00 under L.R. 55-3.

3) Plaintiff is the owner of all rights in and to certain copyright registrations, including the copyrights which are the subject of the registrations contained in Exhibit A, attached to the Complaint ("Plaintiff's Copyrights").  Defendants engaged in the unauthorized business of importing, distributing, promoting, selling and/or offering for sale unauthorized pirated Digital Versatile Discs ("DVDs") of Plaintiff's motion pictures featuring the Plaintiff's Copyrights ("Unauthorized Media Product").

Accordingly, Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

    a) Infringing the Plaintiff's Copyrights either directly or contributorily, in any manner, including generally, but not limited to manufacturing, reproducing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of the Plaintiff's Copyrights, and, specifically: importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Media Product which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the Plaintiff's Copyrights;

    b) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to the Plaintiff's Copyrights.

4) Plaintiff **SHALL** serve this Judgment on Defendants prior to its execution.

5) The Court **SHALL** retain jurisdiction of this action to entertain such further

2

1 proceedings and to enter such further orders as may be necessary or appropriate to
2 implement and enforce the provisions of this Judgment.

**IT IS SO ORDERED**.

DATED: January 25, 2010

_____
GEORGE H. KING
United States District Judge

3